AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Priority Mail Express parcel label number EL783560543US, postmarked October 12, 2017, weighing 3 pounds 4 ounces, addressed to George Smith, 2600 Royal Court, Burlington, KY 41005 with a return address of John Holloway, 8124 S New Hampshire Ave, Los Angeles, CA 90044

Case No. 1:17MJ-785

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express parcel label number EL783560543US

located in the Southern District of Ohio, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/17/17

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Karen L. Litkovitz
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO )
) SS
COUNTY OF HAMILTON )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On October 13, 2017, your affiant was reviewing parcels at the Processing & Distribution Center (P&DC) Cincinnati, Ohio and located Priority Mail Express parcel label number EL783560543US (SUBJECT PARCEL) addressed to George Smith, 2600 Royal Court, Burlington, KY 41005 with a return address of John Holloway, 8124 S New Hampshire Ave, Los Angeles, CA 90044. The parcel is coming from Los Angeles, California, a known drug source area.

Your affiant requested a check in CLEAR regarding the return address on the SUBJECT PARCEL. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, the name "Holloway" is not associated with 8124 S New Hampshire Ave, Los Angeles, CA 90044.

Your affiant requested a check in CLEAR regarding the addressee address on the SUBJECT PARCEL. According to CLEAR, the name "Smith" is not associated with 2600 Royal Court, Burlington, KY 41005.

Your affiant obtained the SUBJECT PARCEL from the P&DC.

On October 16, 2017, Drug Enforcement Administration (DEA) Task Force Officer William Conrad was contacted to arrange for a narcotic canine to check the SUBJECT PARCEL. DEA Task Force Officer William Conrad responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the SUBJECT PARCEL was placed in a controlled area and presented to narcotic canine, "Joey". "Joey" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the SUBJECT PARCEL. As noted above, attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

SUBJECT PARCEL is further identified as follows: a U.S. Postal Service Ready Post brown cardboard box 15" x 12" x 10" in size, bearing label number EL783560543US, weighing 3 pounds 4 ounces, postmarked October 12, 2017; see address information below:

Sender: John Holloway
8124 S New Hampshire Ave
Los Angeles, CA 90044

Addressee: George Smith
2600 Royal Court
Burlington, KY 41005

This information along with the positive alert of narcotic canine "Joey" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in the SUBJECT PARCEL is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the SUBJECT PARCEL is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this _17_ day of __Oct.__, 2017.

_____
Honorable Karen L. Litkovitz
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

OFFICER AFFIDAVIT

I, William Conrad, am and have been employed by the Covington PD/DEA since 2010. Among other duties, I am currently the assigned handler of narcotics detection canine "Joey" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On 10-16-17, at the request of Postal Inspector O'Neill, I responded to Cincinnati Postal Inspection Service office, where "Joey" did alert to and indicate upon:

[describe item]
EL783560543US addressed to George Smith 2600 Royal Court Burlington KY 41005 return John Holloway 8124 S New Hampshire Ave Los Angeles CA 96044

Which, based upon my training and experience and that of "Joey", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 10-16-17
(Signature and Date)

_____ 10-16-17
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009